UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                    16-cr-0212 (LAK)

NICHOLAS BAILEY,

                Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        Defendant has filed a *pro se* letter requesting a sentence reduction in light of the COVID-19 pandemic and the lockdown at the institution in which he is serving his sentence.

        The First Step Act requires that an inmate first apply to the warden of the inmate's institution. The Court's authority to reduce a sentence for extraordinary and compelling reasons does not begin until the expiration of thirty days after the inmate makes such an application.

        Accordingly, defendant's request is denied without prejudice to a new motion for a sentence reduction that shows that he has applied to the warden for a reduction and thirty days have passed since he did so.

        The Clerk shall mail a copy of this order to the defendant.

        SO ORDERED.

Dated:     June 13, 2020

                                                          _____
                                                            Lewis A. Kaplan
                                                     United States District Judge