**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Fax: 646-304-6604
Apatel@apatellaw.com                                    Telephone 212-349-0230

**By ECF**

March 16, 2022     **MEMO ENDORSED**

The Honorable Louis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/22

Re: United States v. Nicholas Bailey
16 Cr. 212 (LAK)

Dear Judge Kaplan:

This letter is respectfully submitted to request that I be reappointed pursuant to the Criminal Justice Act to represent Mr. Bailey as of March 8, 2022, on the violation of supervised release now pending before Your Honor. I was Mr. Bailey's original counsel. I was in touch with Mr. Bailey before the VOSR was filed. I have been in regular contact with his family since his arrest. I am familiar with the circumstances surrounding the current violation.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

encl.

Granted

SO ORDERED
LEWIS A. KAPLAN, USDJ
3/17/22