**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
Fax: 646-304-6604
Apatel@apatellaw.com

# MEMO ENDORSED

```
USDC SDNY
DOCUMENT  Telephone 212-349-0230
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/22
```

By ECF

April 19, 2022

The Honorable Louis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

          Re:    United States v. Nicholas Bailey
                   16 Cr. 212 (LAK)

Dear Judge Kaplan:

      This letter is respectfully submitted to inform Your Honor of the status of this matter and to request that the conference scheduled for April 21st be adjourned for approximately 60 days.

Status Report

      Dr. Lawrence Amsel, M.D., has been appointed to conduct a mental health evaluation of Mr. Bailey. Mr. Bailey's medical records have been obtained from Montefiore Hospital (583 pages) and Jacobi Hospital (817 pages) and provided to Dr. Amsel. I have also provided Dr. Amsel with background information from the original sentencing proceeding.

Adjournment Request

      Dr. Amsel has advised me that he will need 60 days to review the records, interview Mr. Bailey and prepare a report. Dr. Amsel is very aware of the fact that Mr. Bailey is currently in the MDC and will do everything in his power to provide his report as soon as possible. I have been advised by Assistant United States Attorney Drew Skinner that the Government consents to this request.

                            Respectfully submitted,

                              /s/Andrew Patel
                              Andrew G. Patel

*Granted*
/s/ Lewis A. Kaplan
4/20/22

cc: All Counsel by ECF