```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Nicholas Bailey,

                Defendant.

Docket No. 16CR00212-27 (LAK)

ORDER

Honorable Lewis A. Kaplan, U.S. District Judge:

IT IS HEREBY ORDERED: That the Federal Bureau of Prisons, which has custody of Nicholas Bailey, Register Number 77488-054, provide a comprehensive medical evaluation with PPD results, Covid-19 results, a mental health evaluation, and a psychiatric evaluation with current treatment, prescribed medication, and recommendation for mental health treatment services to the United States Probation Officer identified below no later than fourteen days from the date of this Order. Such reports are required to determine the appropriate conditions of supervised release, if any, for Bailey, including for admission to an inpatient drug rehabilitation program or mental health treatment. The evaluations must be forwarded to the attention of U.S. Probation Officer Urshala Herald, U.S. Probation Office, 500 Pearl Street, 6th Floor, New York, NY 10007, Telephone number: (917) 642-4800; Email: urshala_herald@nysp.uscourts.gov. The United States Attorney's Office is directed to transmit this Order promptly to the Warden of the facility where the supervisee is housed.

SO ORDERED.

Dated:     July 2, 2022
              New York, New York

                                              Honorable Lewis A. Kaplan
                                              U.S. District Judge