U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/22

July 8, 2022

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Nicholas Bailey*, 16 Cr. 212 (LAK)

Dear Judge Kaplan:

      The Government writes at the request of the Bureau of Prisons ("BOP") with respect to the proposed order submitted by the Government—after it shared a draft with the BOP—and entered by the Court on July 2, 2022, regarding a mental health evaluation of the defendant, Nicholas Bailey. The BOP requests that the Court so-order this letter to clarify that it is ordering MDC Brooklyn's staff psychologist to see Bailey and to prepare a normal clinical encounter note that includes his current mental health status/diagnosis, current medication, if any, and describes his compliance with any medication and other behavioral interventions. Such a report would update the most recently available mental health information from his March 2022 intake at MDC Brooklyn.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By:    /s
      Drew Skinner
      Assistant United States Attorney
      Tel. (212) 637-1587

cc:    Andrew Patel, Esq. (via ECF)
       Urshala Herald, USPO
       Hildery Huffman, USPO Specalist

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
7/11/22