```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
United States of America,

        vs.                                        16 CR 212 (LAK)

Nicholas Bailey (USMS 77488-054),

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

        The Court having today sentenced this defendant to timer served,

        IT IS HEREBY ORDERED that, provided there are no outstanding detainers against the defendant Nicholas Bailey, this defendant is discharged from the custody of the United States Marshal immediately and in accordance with any special conditions as directed by the Court.

DATED: Aug. 16, 2022

                                                          _____
                                                          Lewis A. Kaplan
                                                          United States District Judge